| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

Ronald Mathis, *et al.*, §
§
§
Plaintiffs, §
§
*versus* § Civil Action H-16-1915
§
§
Allstate Texas Lloyds, §
§
Defendant. §

# Final Dismissal

On the parties' joint motion, this case is dismissed with prejudice.

Signed on October 19, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge